UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
	Plaintiff

		v.                                         Case No.   12-cr-25-01-SM

Willy Valentin,
	Defendant

O R D E R

Defendant Valentin's motion to continue the final pretrial conference and trial is granted   (document no. 9).    Trial has been rescheduled for the October 2011 trial period.    Defendant Valentin shall file a waiver of speedy trial rights not later than April 13, 2012.    On filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for May 4, 2012 at 9:30 a.m.

Jury selection will take place on May 15, 2012 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

April 4, 2012

cc: James Gleason, Esq.
    Debra Walsh, AUSA
    U.S. Marshal
    U.S. Probation