## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
     Plaintiff

       v.

                          Case No.  12-cr-25-01-SM

<u>Willy Valentin</u>,
     Defendant

## O R D E R

Defendant Valentine's motion to continue the final pretrial conference and trial for 90 days is granted (document no. 12). Trial has been rescheduled for the month of August 2012. Defendant Valentine shall file a waiver of speedy trial rights not later than May 11, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective prepara- tion taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for August 10, 2012 at 11:30 a.m.

Jury selection will take place on August 21, 2012 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
U.S. District Judge

Mat 1, 2012

cc:   James Gleason, Esq.
      Debra Walsh,  AUSA
      U.S. Marshal
      U.S. Probation